IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-00168-KS

| | |
|---|---|
| DAVID ELLISON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER FOR PAYMENT OF ATTORNEY<br>) FEES, COSTS AND EXPENSES UNDER |
| ANDREW SAUL,<br>Acting Commissioner of Social<br>Security, | ) THE EQUAL ACCESS TO JUSTICE ACT<br>)<br>)<br>) |
| Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,151.30 ($6,100.00 in attorney's fees and $51.30 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 15th day of October 2020.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE