IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-00168-KS

DAVID ELLISON,                                    )
                                                  )
            Plaintiff,                            )
                                                  )
                                                  ) ORDER APPROVING ATTORNEY
KILOLO KIJAKAZI,                                  ) FEES PURSUANT TO 42 U.S.C. § 406(b)
Acting Commissioner of Social Security,           )
                                                  )
            Defendant.                            )


        Upon consideration of Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. §§

406(b) and 1383(d)(2), and Defendant's response, it is

        ORDERED that Plaintiff's counsel is awarded an attorney's fee pursuant to the Social

Security Act, 42 U.S.C. §§ 406(b) and 1383(d)(2), in the amount of $11,789.25 (or 25% of

Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any

fees he previously received under the Equal Access Justice Act (EAJA) ($6,100), 28 U.S.C. §

2412.


        This 29th day of November 2021.

                                    _____
                                    KIMBERLY A. SWANK
                                    UNITED STATES MAGISTRATE JUDGE