UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID A. ELLISON, | ) | |
|     Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 7:19-CV-168-KS |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of* | ) | |
| *Social Security,* | ) | |
|     Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the plaintiff's motion for attorney fees.

    IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's counsel be awarded attorney fees under 42 U.S.C. §§406(b) and 1383(d)(2), in the amount of $11,789.25 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees he previously received under the Equal Access Justice Act (EAJA) ($6,100), 28 U.S.C. § 2412.

This judgment filed and entered on November 29, 2021, with *electronic service* upon:

**Jonathan Miller**
*Counsel for Plaintiff*

**Cassia Parson**
**Jamie D.C. Dixon**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

November 29, 2021

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk